# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157889 & (12)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 157889
                                    COA: 341232

WILLIE MERRIWEATHER,
      Defendant-Appellant.
                                    Wayne CC: 87-002623-FH

_____/

      On order of the Court, the motion to add issues is GRANTED.  The application for leave to appeal the May 22, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2018

Clerk

d1217